JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| World Gym International IP, LLC, a Delaware Limited Liability Company<br><br>    Plaintiff,<br>  v.<br><br>Fit World, an unknown entity; Chris Anspach, an individual; Ia Anspach, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. ED CV 22-341-DMG (KSx)<br><br>**JUDGMENT AND DISMISSAL OF ACTION WITH PREJUDICE [19]** |

1. Plaintiff World Gym International IP, LLC ("Plaintiff"), on the one hand, and Defendant Ia's Fitness LLC (erroneously sued as Fit World), Chris Anspach, and Semiramis Anspach (erroneously sued as Ia Anspach) on the other hand, (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties") have stipulated to the following:

1. Plaintiff by and through its counsel commenced this action by filing a complaint for trademark infringement, trademark dilution, unfair competition and common law trademark infringement against Defendants.

2. Defendants have appeared in the action.

3. Defendants admit that the Court has jurisdiction over it and over the subject matter of this action and that venue is proper.

4. Defendants waive the entry of findings of fact and conclusions of law and consent to the entry of this Stipulated Judgment and Order for Permanent Injunction (the "Stipulated Judgment").

5. Plaintiff is the owner of the trademarks and service marks for WORLD and WORLD GYM as referenced in U.S. registration nos. 1354193, 1783000, 1791584, 1856427, 1911887, 2499267, 4490361, 4490362, 5656396, 5656397, 5844027, and 5844028 (collectively, the "WORLD Marks").

6. Defendant Fit World has consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 et seq., section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendant from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.  Likewise, Defendants Chris Anspach and Semiramis Anspach consent to a dismissal with prejudice.

**NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED, AND DECREED THAT:**

7. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116, 1121, 1125(a), 1125(b) and 28 U.S.C. §§ 1338.

8. This Court has personal jurisdiction over Defendants.

9. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391(b)(2).

10. The Court finds that Plaintiff is the owner of the trademarks and service marks for WORLD and WORLD GYM as referenced in U.S. registration nos. 1354193, 1783000, 1791584, 1856427, 1911887, 2499267, 4490361, 4490362, 5656396, 5656397, 5844027, and 5844028 (collectively, the "WORLD Marks").

11. The Court finds that Defendant Fit World has consented to the entry of a permanent injunction pursuant to 15 U.S.C. § 1051 *et seq.*, section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(b), to prohibit Defendant from using or infringing upon Plaintiff's trademarks and service marks for the WORLD Marks.

12. The Court finds that Defendants Chris Anspach and Semiramis Anspach consent to a dismissal with prejudice.

13. Defendant Fit World, individually and along with its assignees, transferees, employees, agents, owners and representatives, and all other persons, firms or entities acting in concert or participation with it, is permanently enjoined from using the mark FIT WORLD or any derivation thereof utilizing the WORLD Marks in connection with gym and fitness centers in any manner, including but not limited to enjoining them from:

> i. Using, displaying, advertising, or promoting the FIT WORLD and/or WORLD Marks in connection with any gym or fitness services;
>
> ii. Using, displaying, advertising, or promoting the FIT WORLD and/or WORLD Marks in connection with any goods or services related to gym and fitness services, including without limitation gym or fitness clothing, equipment, and/or nutritional supplements; and
>
> iii. Assisting any other person or entity from engaging in the conduct described in subparagraphs (i) and (ii) above.

14. Defendant Fit World shall have thirty (30) days from the entry of this Stipulated Judgment to comply with the provisions of paragraph 13 above.

15.  The Court shall retain jurisdiction over this action to implement and enforce this stipulated judgment and permanent injunction and all other decrees and orders necessary or appropriate.

16.  Upon reasonable belief that this Order has been violated and receipt by Defendant of notice of such suspected violation specifying the nature and source thereof, and the expiration of the two-day period for Defendant to cure such suspected violation, Plaintiff may conduct post-judgment discovery to monitor Defendant Fit World's compliance with the terms of this Stipulated Judgment.  Except as expressly prohibited, nothing in this order shall be construed to limit or prevent Plaintiff from conducting discovery of Defendant otherwise permitted under the Federal Rules of Civil Procedure.

17. Each Party to this Stipulated Judgment and Dismissal With Prejudice shall bear its own costs and attorneys' fees.

18.  The Parties hereby consent to the entry of the foregoing Stipulated Judgment and Dismissal With Prejudice, which shall constitute a final judgment and order in this matter.

**JUDGMENT IS THEREFORE ENTERED** in favor of Plaintiff and against Defendant Fit World pursuant to the terms and conditions recited above.

**IT IS SO ORDERED.**

DATED:  October 19, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE